UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-61762-Rosenbaum/Hunt

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| RICHARD P. GREENE and PETER SANTAMARIA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ITS CLAIMS FOR DISGORGEMENT, PREJUDGMENT INTEREST AND CIVIL PENALTY AGAINST DEFENDANT PETER SANTAMARIA**

Plaintiff Securities and Exchange Commission files this Notice of Voluntary Dismissal as to its claims for disgorgement, prejudgment interest, and civil penalty against Defendant Peter Santamaria.

On December 30, 2013, the Commission filed a Motion for Entry of Default Judgment of Permanent Injunction and Other Relief Against Santamaria. [DE 26] In the Motion, the Commission sought judgment on its claims for a permanent injunction, as well as penny-stock bars. Santamaria did not respond to the Motion. On January 27, 2014, the Court entered an Order Granting the Default Judgment. [DE 31] The Commission now voluntarily dismisses its disgorgement, prejudgment interest, and civil penalty claims against Santamaria because of the sanctions imposed against him in a related criminal case. (*United States v. Santamaria*, 0:13-cr-60203-MARRA).

                                        Respectfully submitted,

March 12, 2014            By:    s/Andrew O. Schiff
                                        Andrew O. Schiff
                                        Senior Trial Counsel
                                        S.D. Fla. Bar No. A5501900
                                        Direct Dial:  (305) 982-6390
                                        E-mail: SchiffA@sec.gov
                                        *Lead Attorney*

                                        Michelle I. Bougdanos
                                        Senior Counsel
                                        Florida Bar 020731
                                        Telephone: (305) 982-6307
                                        E-mail :  Bougdanosm@sec.gov

                                        **ATTORNEYS FOR PLAINTIFF**
                                        **SECURITIES AND EXCHANGE COMMISSION**
                                        801 Brickell Avenue, Suite 1800
                                        Miami, Florida 33131
                                        Telephone: (305) 982-6300
                                        Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on March 12, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

                                                            s/Andrew O. Schiff
                                                            Andrew O. Schiff

-3-

## SERVICE LIST

Richard P. Greene
3972 S.W. 135th Avenue
Davie, FL 33330
Telephone: 954-351-2552
Email: rpgreene1228@gmail.com

Peter Santamaria
3613 Carambola Circle N.
Coconut Creek, FL 33066
Telephone: 954-295-3729