UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-CV-61762-ROSENBAUM/HUNT

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RICHARD P. GREENE and PETER
SANTAMARIA,

    Defendants.
_____/

**ORDER DENYING DEFENDANT RICHARD GREENE'S
MOTION TO VACATE JUDGMENT OF DISGORGEMENT**

**THIS MATTER** is before the Court on Defendant Richard Greene's Motion to Vacate Judgment of Disgorgement [ECF No. 38], which seeks to vacate the Order Granting Plaintiff's Motion to Set Disgorgement Amount as to Defendant Richard P. Greene [ECF No. 37].

**UPON CONSIDERATION** of the Motion and being otherwise fully advised in the premises, it is **ORDERED and ADJUDGED** that the Motion is

**DENIED**, to the extent that the Motion seeks reconsideration of the Court's decision to award disgorgement, and

**GRANTED**, to the extent of correcting the Order's reference to the previous Judgment of Permanent Injunction and Other Relief as to Defendant Richard P. Greene [ECF No. 18] as having been entered by default.  Accordingly, the Order is hereby vacated, and an amended order

-2-

shall issue reciting that the previous judgment was entered by consent.

**DONE and ORDERED** in Ft. Lauderdale, Florida, this 19th day of May 2014.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

Richard P. Greene, pro se
3972 S.W. 135th Avenue
Davie, FL 33330